HARVEY P. SACKETT (72488)

**S A C K E T T**
**AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN J. VIERRA, | ) Civil No. C06-07785 PVT |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) STIPULATION AND ORDER |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner, | ) |
| Social Security Administration, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time of (30) days up through and including Monday, October 22, 2007 in which to e-file her Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

1

2                                                SCOTT N. SCHOOLS
                                                 United States Attorney

3

4                                                Dennis J. Hanna on behalf of
                                                 Donna M. Montano
5      Dated: September 18, 2007                 /s/
6                                                DONNA M. MONTANO
                                                 Assistant U.S. Attorney
7

8

9

10     Dated: September 18, 2007                 /s/
11                                               HARVEY P. SACKETT
                                                 Attorney for Plaintiff
12                                               ROBIN J. VIERRA

13

14     IT IS SO ORDERED.

15

16

17     Dated: 9/19/07
18                                               HON. PATRICIA V. TRUMBULL
                                                 United States Magistrate Judge
19

20

21

22

23

24

25

26

27

28

2

STIPULATION AND ORDER