HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN J. VIERRA, | ) Civil No. C06-07785 PVT |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | ) |
| Defendant. | ) |

  Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (30) days up through and including Monday, January 7, 2008 in which to e-file her Reply to Defendant's Cross-Motion for Summary Judgment.  This extension is necessitated by the number of other cases (14) Plaintiff's counsel currently has before this court and other district courts that also require briefing in and around this time frame.

1

STIPULATION AND ORDER

|   |   |
|---|---|
|   | SCOTT N. SCHOOLS<br>United States Attorney |
| Dated: December 6, 2007 | */s/*<br>GINA SHIN<br>Assistant U.S. Attorney |
| Dated: December 6, 2007 | */s/*<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>ROBIN J. VIERRA |

IT IS SO ORDERED.

Dated: 12/6/07

HON. PATRICIA V. TRUMBULL
United States Magistrate Judge

2

STIPULATION AND ORDER