HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN J. VIERRA, | ) No. 06-7785 PVT |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER AWARDING ATTORNEY'S FEES AND COSTS UNDER THE EQUAL ACCESS TO JUSTICE ACT [28 U.S.C. § 2412(d)] |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | ) |
| Defendant. | ) |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that subject to the approval of the Court, Plaintiff shall be awarded attorney fees under the EAJA in the amount of FIVE THOUSAND EIGHT HUNDRED DOLLARS ($5,800.00), and costs in the amount of THREE HUNDRED SEVENTY-SIX DOLLARS AND FORTY-EIGHT CENTS ($376.48).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920 and 2412(d).

1

STIPULATION AND ORDER AWARDING ATTORNEY'S FEES AND COSTS UNDER THE EQUAL ACCESS TO JUSTICE ACT [28 U.S.C. § 2412(d)]

1 | This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and costs, and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of $5,800.00 in EAJA attorney fees and $376.48 in EAJA costs shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees and costs in connection with this action.  This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Dated: November 7, 2008

/s/_____
HARVEY P. SACKETT
Attorney for Plaintiff
ROBIN J. VIERRA


JOSEPH P. RUSSONIELLO
United States Attorney


Dated: November 7, 2008

/s/_____
GINA SHIN
Assistant Regional Counsel


IT IS SO ORDERED.


Dated: 11/10/08

*Patricia V. Trumbull*_____
HON. PATRICIA V. TRUMBULL
United States Magistrate Judge